KANE v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division. First Department. February 19, 1904.) Action by

James Kane against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.